IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE, individually and as next friend; and JOHN DOE, a minor;<br><br>Plaintiffs,<br><br>vs.<br><br>LINCOLN PUBLIC SCHOOLS,<br><br>Defendant. | 4:20CV3102<br><br>**ORDER** |

The attorneys for Jane and John Doe Plaintiffs have moved to withdraw from representation. ([Filing No. 22](.).) At this time, there is no indication that substitute counsel will enter an appearance on Plaintiffs' behalf. Under the circumstances of this case, an evidentiary hearing will be held on the motion.

Accordingly,

**IT IS ORDERED:**

1. A hearing on the Motion to Withdraw ([Filing No. 22](.)) will be held on **February 16, 2022 at 9:00 a.m.**, in Courtroom No. 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Susan M. Bazis. Plaintiffs shall appear at the hearing.

2. If Plaintiffs obtain new counsel in advance of the hearing, they shall immediately notify the chambers of the undersigned Magistrate Judge and the hearing will be canceled.

3. Plaintiffs' current counsel is directed to provide a copy of this Order to Plaintiffs and thereafter file a certificate of service showing compliance with this Order.

2

Dated this 4th day of February, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge