IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JANE DOE, individually and as next friend; and
JOHN DOE, a minor;

                    Plaintiffs,

    vs.

LINCOLN PUBLIC SCHOOLS,

                    Defendant.

**4:20CV3102**

**AMENDED ORDER**

The attorneys for Jane and John Doe Plaintiffs moved to withdraw from representation. (Filing No. 22.) The motion to withdraw was set for an evidentiary hearing. Plaintiffs' counsel has moved to continue the evidentiary hearing based on a scheduling conflict. (Filing No. 26.) The motion to continue is granted.

Accordingly,

**IT IS ORDERED:**

1.     A hearing on the Motion to Withdraw (Filing No. 22) will be held on **February 23, 2022 at 9:00 a.m.**, in Courtroom No. 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Susan M. Bazis. Plaintiffs shall appear at the hearing.

2.     If Plaintiffs obtain new counsel in advance of the hearing, they shall immediately notify the chambers of the undersigned Magistrate Judge and the hearing will be canceled.

3.     Plaintiffs' current counsel is directed to provide a copy of this Order to Plaintiffs and thereafter file a certificate of service showing compliance with this Order.

Dated this 8th day of February, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge