IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE, individually and as next friend; and JOHN DOE, a minor;<br><br>Plaintiffs,<br><br>vs.<br><br>LINCOLN PUBLIC SCHOOLS,<br><br>Defendant. | 4:20CV3102<br><br>SHOW CAUSE ORDER |

Despite counsel's representations that Plaintiff would do so, Plaintiff has failed to respond to Defendant's Motion to Strike Entry of Appearance ([Filing No. 44](#)).  Plaintiff shall respond to the motion no later than May 11, 2022.  No extensions will be granted.  Failure to respond will result in a recommendation that sanctions be imposed, which may include dismissal of this suit.

Dated this 9th day of May, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge