IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE, individually and as next friend; and JOHN DOE, a minor;<br><br>Plaintiffs,<br><br>vs.<br><br>LINCOLN PUBLIC SCHOOLS,<br><br>Defendant. | 4:20CV3102<br><br>**ORDER** |

This matter is before the Court on Plaintiffs' counsel's Motion to Withdraw (Filing No. 54). A telephone conference was held regarding the motion on September 20, 2022. Three telephone conferences have now been held regarding this motion. Upon hearing the matter, the motion will be granted.

Plaintiff Jane Doe is appearing individually and as next friend for John Doe, who is her minor child. "[I]t is well established that a *pro se* party may not represent others, even when it is a parent purporting to represent his minor children." *Behrens v. GMAC Mortg., LLC*, No. 8:13-CV-72, 2013 WL 6118415, at *4 (D. Neb. Nov. 21, 2013). Therefore, this action will be stayed until October 5, 2022 to allow Plaintiffs time to obtain substitute counsel.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw (Filing No. 54) is granted.

2. Jennifer Tomka shall serve a notice of withdrawal upon Plaintiffs. By September 23, 2022, Jennifer Tomka shall file a certificate of service setting out the address to which the notice of withdrawal was sent. Once the notice of withdrawal is filed, the Clerk of Court shall terminate Jennifer Tomka as counsel of record for Plaintiffs and terminate future notices to Jennifer Tomka in this case.

3. This action is stayed until October 5, 2022, to allow Plaintiffs time to obtain substitute counsel. Substitute counsel shall enter an appearance by October 5, 2022.

4. When substitute counsel enters an appearance, counsel shall confer regarding case progression deadlines. Counsel shall submit proposed case progression deadlines to bazis@ned.uscourts.gov by October 12, 2022.

5. Jennifer Tomka shall provide Plaintiffs with a copy of this Order. By September 23, 2022, Jennifer Tomka shall file a certificate of service showing compliance with this requirement.

Dated this 20th day of September, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge